UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER TYSON ANTHONEY GEORGE

CIVIL ACTION

VERSUS

17 JUDICIAL DISTRICT, ET AL.

NO. 20-00251-BAJ-SDJ

## RULING AND ORDER

Before the Court is pro se Plaintiff's Complaint initially filed on April 20, 2020 in the Southern District of New York **(Doc. 1).** The Magistrate Judge has issued a **Report and Recommendation (Doc. 7),** recommending that the Court dismiss Plaintiff's complaint without prejudice pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 41(b)(1)(A) for failure to serve and failure to prosecute. There are no objections to the Magistrate Judge's Report.

Having carefully considered Petitioner's Petition and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

2

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint (Doc. 1) be and is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE.**

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 9th day of February, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**