UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER TYSON ANTHONEY GEORGE | CIVIL ACTION |
| VERSUS | |
| 17 JUDICIAL DISTRICT, ET AL. | NO. 20-00251-BAJ-SDJ |

### FINAL JUDGMENT

For the written reasons assigned (Doc. 8),

IT IS ORDERED, ADJUDGED, and DECREED that the above caption is DISMISSED WITHOUT PREJDUICE.

Baton Rouge, Louisiana, this 15th day of March, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA